In The Circuit Court of Pearl River County, Mississippi

Steve Strausbaugh                                                    Plaintiff

Vs                                                     Civil Action NO. 55CI1: 19.CU.00121

New Orleans VA Hospital (SLVHCS),                    DEFENDANTS

Fernando Rivera, Center Director

## Summons

This Summons together with the Complaint is a serious matter and you must take immediate action to protect your rights.

You are required to mail a copy of a written answer either admitting or denying each allegation in the complaint to Steve Strausbaugh the Plaintiff whose address is Po Box 166, Carriere, MS, 39426.

This answer must be mailed within 30 days from the date of delivery of this summons and complaint or a default judgment may be entered against you for the money or other things demanded in the complaint. You must also file the original of your answer with the clerk of the court within a reasonable time afterward.

## Certificate of Service

I hereby certify that I have served a copy of the forgoing by certified US mail, on

2400 Canal St., New Orleans, LA 70119

_signature_
Steve Strausbaugh
Po Box 166, Carriere, MS, 39426
601-347-1952

This the 6th day of Sept 2019
Nance Fitzpatrick Stokes
Pearl River County Circuit Clerk
by Donna L. Vulsau, D.C.

EXHIBIT A

IN THE ~~COURT~~ Circuit COURT OF ~~APPEALS~~ Pearl River County IN THE STATE OF MISSISSIPPI

STEVE STRAUSBAUGH                                      PLAINTIFF

V.                                        CIVIL ACTION NO. 55CI1:19.CV-00121

New Orleans VA Hospital (SLVHCS),                      DEFENDANTS

Fernando Rivera, Center Director

## COMPLAINT

As of this day the New Orleans VA has refused to compensate me for overtime/comptime worked as per Federal Law. I am in a position covered by the Federal Labor Standards Act. The VA has refused to recognize or follow this law. I am owed over 350 hours.

## RELIEF SOUGHT

The plaintiff asks for all overtime or comptime compensated for damages, $500 in attorney fees, and $250 court costs.

Steve Strausbaugh
Po box 166, Carriere, MS, 39426
601-347-1952

FILED
NANCE FITZPATRICK STOKES CIRCUIT CLERK
SEP 06 2019
BY: _____
DEPUTY CLERK

Page 1 of 3

Certificate of service

The afore was served upon the defendants at:

2400 Canal St., New Orleans, LA 70119

*[signature]*  6 Sept 19

Steve Strausbaugh

Po box 166, Carriere, MS, 39426

601-347-1952